| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | DOCKET NUMBER (Transfer Court) 7:12-MJ-1081M-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) M-14-19-MSM |

| NAME OF OFFENDER Chauntelle Leigh Wann Western District of Oklahoma | DISTRICT EASTERN NORTH CAROLINA | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | |
| | DATES OF SUPERVISION → | FROM 08/08/12 — TO 08/07/2014 |

**FILED** JAN 23 2014 ROBERT D. DENNIS, CLERK U.S. DIST. COURT, WESTERN DIST. OF OKLA. BY ___ DEPUTY

**FILED** MAR 11 2014 JULIE A. RICHARDS, CLERK US DISTRICT COURT, EDNC BY ___ DEP CLK

OFFENSE: Child Neglect, NCGS 14-316.2; assimilated by 18 U.S.C. § 13.

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Western District of Oklahoma upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

_January 6, 2014_      _[signature]_
Date                           U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

### PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

1-23-2014       _[signature]_
Effective date                United States ~~District~~ Judge
                                              MAGISTRATE